IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRENDA LEIVA,

       Appellant,

v.

GEMS GLOBAL
INCORPORATED/ TOWER
GROUP COMPANIES,

       Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3515

_____/

Opinion filed February 9, 2016.

An appeal from an order of the Judge of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident: September 17, 2008.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

William H. Rogner and Kate E. Albin, Winter Park, for Appellees.


PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.